ALGONQUIN GAS TRANSMISSION COMPANY, Respondent, *v.* E. W.
REALTY CORPORATION, Appellant, et al., Defendants. (And
Ten Other Proceedings.)

Submitted July 13, 1953; decided July 14, 1953.

*William F. Bleakley* for motion.

*Charles Blank* and *John B. Gilleran* opposed.

Motion granted and appeals dismissed, with costs and $10
costs of motion, upon the ground that the orders do not finally
determine the proceedings within the meaning of the Con-
stitution.

SAMUEL COHEN et al., Appellants, *v.* ALFRED L. KASKEL et al.,
Respondents.

Submitted July 13, 1953; decided July 14, 1953.

Motion for reargument denied, with $10 costs and necessary
printing disbursements. [See 305 N. Y. 774.]